1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KARI MARIE COLE,

11              Petitioner,                    No. CIV S-06-0240 GEB GGH P

12       vs.

13   GONZALES,  et al.,

14              Respondents.               ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.  In her application, petitioner challenges a conviction issued by the Fresno County

19   Superior Court.  Fresno County is part of the Fresno Division of the United States District Court

20   for the Eastern District of California.  See Local Rule 3-120(d).

21              Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25   /////

26   /////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2            1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3            2.  This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5            3.  All future filings shall reference the new Fresno case number assigned and

6 shall be filed at:

7                    United States District Court
                         Eastern District of California

8                    2500 Tulare Street
                    Fresno, CA 93721

9

10 DATED:  2/24/06

11

12                       /s/ Gregory G. Hollows

13                       GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

14 GGH:bb
    cole0240.109

15

16

17

18

19

20

21

22

23

24

25

26